Philip A. John
Nevada Bar No. 10627
Krystina M Butchart
Nevada Bar No. 14844
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702.251.4100 ♦ Fax: 702.251.5405
pjohn@wshblaw.com
KButchart@wshblaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

****

| | |
|---|---|
| HUONG BUI, individually and as heir of SEAN TRUONG, decedent,, <br><br> Plaintiff, <br><br> v. <br><br> COPART OF ARIZONA, INC., a foreign Corporation, doing business as COPART; COPART OF ARIZONA, INC., a foreign Corporation, doing business as COPART DEALER SERVICES; COPART OF ARIZONA, INC., a foreign Corporation, doing business as COPART DIRECT; MATTHEW MILLIS, an individual; JASON STROBERG, an individual; SARAH RICKETTS, an individual; ANASTASIA MONTANEZ, an individual, <br><br> Defendants. | Case No. 3:25-cv-00102-MMD-CLB <br><br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, HUONG BUI, individually, and as heir of SEAN TRUONG, decedent, and Defendants COPART OF ARIZONA, INC., a foreign Corporation, doing business as COPART; COPART OF ARIZONA, INC., a foreign Corporation, doing business as COPART DEALER SERVICES; COPART OF ARIZONA, INC., a foreign Corporation, doing business as COPART DIRECT; MATTHEW MILLIS, an individual; JASON STROBERG, an individual; SARAH RICKETTS, an individual; ANASTASIA MONTANEZ, an individual, by and through

WOOD, SMITH, HENNING & BERMAN LLP
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702.251.4100 ♦ FAX 702.251.5405

their counsel of record, and hereby stipulate and agree that the above-entitled matter shall be dismissed with prejudice, each party to bear her/his/its own attorneys' fees and costs.

IT IS FURTHER STIPULATED that any and all causes of action, cross-claims, counterclaims, and third-party complaints that have been asserted in the above-entitled matter or may be asserted are hereby dismissed with prejudice and barred.

IT IS SO STIPULATED.

Dated this 13th day of March 2026.

BRADLEY, DRENDEL & JEANNEY

By    /s/ Regina M. Bradley
    Regina M. Bradley, Esq.
    Nevada Bar No. 14835
    Phillip D. Dorin, Esq.
    Nevada Bar No. 15534
    PO Box 1987
    Reno, NV 89505
    775-335-9999

Attorney for Plaintiff

Dated this 13th day of March 2026.

WOOD, SMITH, HENNING & BERMAN, LLP

By    /s/ Philip A. John
    Philip A. John
    Nevada Bar No. 10627
    Krystina M Butchart
    Nevada Bar No. 14844
    2881 Business Park Court, Suite 200
    Las Vegas, Nevada 89128-9020
    Tel. 702.251.4100

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED this 16th day of March, 2026.

_____
United States District Judge

WOOD, SMITH, HENNING & BERMAN LLP
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702.251.4100 ♦ FAX 702.251.5405

41127612.1:12046-0149                -2-                Case No. 3:25-cv-00102-MMD-CLB

**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL WITH PREJUDICE**